UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIO and CLAUDIA LOPEZ

    Plaintiffs,

v.                                        Case No. 8:12-cv-01770-MSS-TGW

ROSENTHAL, STEIN AND ASSOCIATES,
LLC, "CHRIS SHAPIRO," and "JANE
DURANT"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW, Plaintiffs, JULIO and CLAUDIA LOPEZ, by and through their undersigned counsel, and hereby dismiss the above-entitled action against Defendants, ROSENTHAL, STEIN and ASSOCIATES, LLC, "CHRIS SHAPIRO, and "JANE DURANT," without prejudice, without costs, or disbursements, or attorneys' fees to any party and request that a judgment of dismissal without prejudice be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 7th day of November, 2013.

                                        /s/ Frank T. Papa_____
                                        Robert M. Geller, Esquire
                                        FL Bar # 588105
                                        Frank T. Papa, Esquire
                                        FL Bar # 150355
                                        Law Offices of Robert M. Geller, P.A.
                                        807 West Azeele Street
                                        Tampa, Florida 33606
                                        Telephone:  (813) 254-7687
                                        Facsimile:  (813) 253-3405
                                        E-mail:  rmgbk@verizon.net
                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was provided electronically, by the United States District Court for the Middle District of Florida Electronic Document Filing System (ECF), or by U.S. Mail, to Michael J. Cohen, Esq., Registered Agent for Rosenthal, Stein & Associates, 267 West Wieuca Road Northeast, Suite 201, Atlanta, Georgia 30342, this 7th day of November, 2013.

                                              /s/ Frank T. Papa_____
                                              Frank T. Papa, Esquire