**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JULIO LOPEZ and CLAUDIA LOPEZ,

    Plaintiffs,

v.                                                    Case No: 8:12-cv-1770-T-35TGW

ROSENTHAL, STEIN AND ASSOCIATES, LLC, CHRIS SHAPIRO and JANE DURANT,

    Defendants.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 9) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **dismissed without prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 26th day of November, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party